CAROLINE J. LIEGEOIS, Respondent, *v.* JOHN McCRACKAN, Appellant.

(Argued January 18, 1881 ; decided January 25, 1881.)

REPORTED below (22 Hun, 69).

*Nathaniel C. Moak* for appellant.

*Francis Fellows* for respondent.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.